THE STATE, *Appellant*, v. KANAMAN.

Criminal Law: INFORMATION: AMENDMENT. A complaint or information for a criminal offence in a case originating in a justice's court cannot be amended in the circuit court.

*Appeal from Lawrence Circuit Court.*—HON. M. G. McGREGOR, Judge.

AFFIRMED.

*B. G. Boone*, Attorney General, for the state.

*Landrum & Davis* for respondent.

The action of the trial court, was proper. There was no proper information filed and nothing to amend. *State v. Russell*, 88 Mo. 648.

NORTON, C. J.—Complaint was made by a private person before a justice of the peace charging defendant with a misdemeanor. She was tried and convicted, and appealed to the circuit court, when she filed a motion to dismiss the complaint on the ground that it was filed by a private person; the prosecuting attorney offered to file an amended complaint which the court refused, and sustained the motion to dismiss, and it is from this action of the court that the state has appealed. On the authority of the case of *State v. Russell*, 88 Mo. 648, we must hold that the action of the circuit court was proper; and the judgment is hereby affirmed. All concur, except Judge Sherwood, absent.